[No. 28352-2-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL GENE COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03430-0, Katherine M. Stoltz, J., entered January 11, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 28353-1-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN SEAN CORNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01570-4, Frederick B. Hayes, J., entered December 14, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[Nos. 47024-8-I; 47081-7-I.   Division One.   September 23, 2002.]

SAYED ZIA EHSANI, ET AL., *Appellants*, v. THE MCCULLOUGH FAMILY PARTNERSHIP, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 97-2-30285-4, James A. Doerty, J., entered June 27, 2000. *Reversed* by unpublished per curiam opinion.

[No. 47728-5-I.   Division One.   September 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY HERRELL, *Defendant*, ABDI ISSA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07926-1, Douglass A. North, J., entered November 20, 2000. *Reversed* by unpublished per curiam opinion.